## (March 12, 1962)

■ In the Matter of EDWARD TIRDELL et al., Doing Business as YORK WINES & LIQUORS, Appellants, v. STATE LIQUOR AUTHORITY, Respondent.— No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

(Republished)

■ HYMAN MARCUS et al. v. AUSTIN ASSOCIATES, INC., et al.— Motion for a stay dismissed with leave to renew upon a proper notice of motion served upon all the attorneys for all the defendants-respondents. The order of this court, entered on March 8, 1962, is vacated. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.

(Republished)

■ COMMISSIONERS OF THE STATE INSURANCE FUND, Appellants, v. RIVINGTON FARM DAIRY, INC., Respondent.— Judgment dismissing the complaint unanimously reversed, on the law and the facts, with costs to plaintiffs, and judgment granted in favor of plaintiffs for $575.56, with interest and costs. Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ. [16 A D 2d 58.]

## (March 13, 1962)

■ In the Matter of the Arbitration between MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant, and MARTIN J. DOWNEY, Respondent.— No opinion. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ SYLVESTER W. A. MURPHY, Respondent, v. MARGARET McK. KAPLAN et al., Appellants.— No opinion. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ JOHN H. FRANKLIN, Appellant, v. NEAL SERVICE CORP. et al., Respondents.— No opinion. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ JENNY WALLACH et al., Respondents, v. JEROME J. WEINER, Appellant.— No opinion. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ FLORENCE STRONG, Respondent, v. DANIEL STRONG, Appellant.— No opinion. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. PEDRO TORRES.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Motion to dismiss appeal denied. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.